IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A.I. UA CRUADHLAOICH, | |
| Plaintiff, | No. C 12-02723 JSW |
| v. | |
| JOHN E. BRYSON, Secretary of Commerce, | **ORDER OF REFERRAL TO MAGISTRATE JUDGE TO CONDUCT SETTLEMENT CONFERENCE** |
| Defendant. | |

Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than August 19, 2013. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: March 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A I UA CRUADHLAOICH, | Case Number: CV12-02723 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOHN E BRYSON et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew A. I. Ua Cruadhlaoich
3440 Redwood Court
Unit 2
Castro Valley, CA 94546

Dated: March 25, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk