1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CABN 154364)
   Assistant United States Attorney
4        150 Almaden Blvd., Suite 900
         San Jose, California 95113
5        Telephone: (408) 535-5082
         FAX: (408) 535-5081
6        claire.cormier@usdoj.gov

7  Attorneys for Defendant, Penny S. Pritzker
   Secretary, Department of Commerce

8  MATTHEW A. I. UA CRUADHLAOICH
   3440 Redwood Court, Unit 2
9  Castro Valley, CA 94546
   Telephone: (415) 742-6410

10 Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW A. I. UA CRUADHLAOICH, | Case No. C 12-02723 EDL |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| v. | |
| PENNY S. PRITZKER, SECRETARY, U.S. DEPARTMENT OF COMMERCE, | |
| Defendant. | |

(["PROPOSED"] shown with strikethrough)

On July 29, 2013, just before participating in a settlement conference with Magistrate Judge Laurel Beeler, plaintiff Matthew A. I. Ua Cruadhlaoich filed his Notice of Motion and Motion For Leave to File Amended Complaint. That motion is scheduled for hearing on September 17, 2013. The parties are continuing to follow up on issues discussed at the settlement conference that may obviate the need for the Court to rule on Plaintiff's motion. Accordingly, the parties hereby STIPULATE AND REQUEST that the briefing schedule for Plaintiff's motion be modified as follows:

    Defendant's Opposition Due                    August 22, 2013

    Plaintiff's Reply Due                             September 3, 2013

    Both parties agree to serve each other by email as well as First Class Mail.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 8, 2013 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
|   | By:         /s/        .<br>CLAIRE T. CORMIER[1]<br>Assistant U.S. Attorney |
| Dated: August 8, 2013 |   |
|   | By:         /s/        <br>MATTHEW A. I. UA CRUADHLAOICH<br>Plaintiff Pro Se |

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: August. 9 , 2013

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2

C 12-02723 EDL – JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE