IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A I UA CRUADHLAOICH,<br><br>  Plaintiff,<br><br>  v.<br><br>PENNY S. PRITZKER, SECRETARY, U.S. DEPARTMENT O COMMERCE,<br><br>  Defendant. | No. C -12-02723(EDL)<br><br>**ORDER ADOPTING PROPOSED SCHEDULE** |

On November 27, 2013, the Court granted in part Plaintiff's motion to compel and found that Plaintiff's discovery requests were not unenforceable because of their untimely service. The Court ordered the parties to meet and confer and submit a joint letter to the Court regarding their proposed procedures and schedule for: Defendant's objections to Plaintiff's document requests; resolution of any disputes regarding the document requests and any related Rule 56(d) motion; possible filing of a revised motion for summary judgment; and briefing of the motion for summary judgment. (Dkt. 73.) The parties submitted a joint letter on December 6, 2013, and proposed the following schedule: Defendant will respond to Plaintiff's First Request for Production of Documents to Defendant no later than January 10, 2014. If Plaintiff does not file a motion to compel further responses, Plaintiff will file and serve his opposition to Defendant's currently pending motion for summary judgment by February 10, 2014. Defendant will then file its reply by February 24, 2014, and the Court will hold a hearing on March 11, 2014. If, however, Plaintiff believes that further responses to his discovery responses are required, the parties will meet and confer, and Plaintiff will file a motion to compel if necessary by January 27, 2014; the briefing and hearing schedule on any such motion will comport with the Court's local rules. If the Court grants or grants in part Plaintiff's motion to compel, Plaintiff's opposition to Defendant's motion for summary judgment and/or

1 Plaintiff's Rule 56(d) motion will be due after Defendant produces further responses, at a time
2 agreed by the parties and the Court.  If Plaintiff's motion to compel is denied, Plaintiff's opposition
3 to Defendant's motion for summary judgment and/or Plaintiff's Rule 56(d) motion will be due 17
4 days after the Court's ruling denying the motion to compel.  (Dkt. 74.)

5      For good cause shown, the Court adopts the schedule proposed by the parties as set forth
6 above.  To the extent the Court needs to continue any other matters in this case, it will do so at a
7 later date.

8 **IT IS SO ORDERED.**

9 Dated: December 17, 2013



ELIZABETH D. LAPORTE
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A I UA CRUADHLAOICH, | Case Number: CV12-02723 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOHN E BRYSON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew A. I. Ua Cruadhlaoich
3440 Redwood Court
Unit 2
Castro Valley, CA 94546

Dated: December 17, 2013

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk