1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CABN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for Defendant, Penny S. Pritzker
   Secretary, Department of Commerce
8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 MATTHEW A. I. UA CRUADHLAOICH, | Case No. C 12-02723 EDL |
| 13     Plaintiff, | DEFENDANT'S ADMINISTRATIVE MOTION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES; DECLARATION OF CLAIRE T. CORMIER; [PROPOSED] ORDER [Local Rules 6-3 and 7-11] |
| 14     v. | |
| 15 PENNY S. PRITZKER, SECRETARY, U.S. DEPARTMENT OF COMMERCE, | |
| 16     Defendant. | |

18     Defendant's counsel emailed Plaintiff on February 13 and February 18, 2014 seeking Plaintiff's

19 stipulation to the relief requested in this motion. Defendant's counsel has received no response.

20     On December 17, 2013, the Court adopted a schedule proposed by the parties with regard to

21 responses to document requests, a potential motion to compel, and Defendant's summary judgment

22 motion. The Court did not modify the dates for the pretrial conference or trial at that time. Had a motion

23 to compel not been filed, Defendant's motion for summary judgment would have been heard on March

24 11, 2014. Instead, Plaintiff's motion to compel is now scheduled to be heard on that date, and the date of

25 the hearing on Defendant's motion for summary judgment is uncertain. The case is currently scheduled

26 for a pretrial conference on April 8, 2014, and trial is scheduled to commence on April 28, 2014.

27     Because it is not currently known what the result of the motion to compel will be or when Plaintiff

28 will be required to respond to Defendant's motion for summary judgment, Defendant respectfully requests

1

that the Court vacate the currently scheduled dates for the pretrial conference and trial and that those dates be rescheduled, if necessary, after a ruling on Defendant's summary judgment motion.

Respectfully submitted,

Dated: February 24, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By: /s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant U.S. Attorney

## DECLARATION OF CLAIRE T. CORMIER

I, Claire T. Cormier, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California. This case has been assigned to me. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. On February 13 and again on February 18, 2014, I emailed Plaintiff seeking his stipulation to the relief requested in this motion. As of this writing, I have received no response from Plaintiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of February, 2014, at San Jose, California.

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER

## [PROPOSED] ORDER

Upon motion of the Defendant and good cause appearing, IT IS HEREBY ORDERED that the pretrial conference, currently scheduled for April 8, 2014, and the trial, currently scheduled for April 28, 2014, are hereby VACATED. The Court will confer with the parties at or after upcoming motion hearings to reschedule those dates, if necessary.

Dated: Feb 28, 2014

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE