IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. I. UA CRUADHLAOICH, | No. C -12-02723(EDL) |
| Plaintiff, | **ORDER REGARDING RULE 56(d) MOTION** |
| v. | |
| PENNY S. PRITZKER, SECRETARY, U.S. DEPARTMENT OF COMMERCE, | |
| Defendant. | |

Plaintiff recently filed a motion to continue or deny Defendant's motion for summary judgment under Federal Rule of Civil Procedure 56(d). The Court orders Defendant to file any opposition to this motion by Friday, April 18, 2014, at noon. The opposition is limited to five pages, and there will be no reply.

**IT IS SO ORDERED.**

Dated: April 15, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge