1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MATTHEW A. I. UA CRUADHLAOICH,

Case No.  12-cv-02723-EDL

Plaintiff,

8
9

v.

**ORDER VACATING HEARING DATE**

JOHN E. BRYSON, et al.,

10

Defendants.

11
12
13

Pursuant to Civil Local Rule 7-1(b), the court finds that defendant's motion for summary

14

judgment, which has been noticed for hearing on May 6, 2014, is appropriate for decision without

15

oral argument.

16

Accordingly, the hearing date is hereby VACATED.  The motion will be taken under

17

submission and decided on the papers.

18

**IT IS SO ORDERED.**

19

Dated: May 1, 2014

20
21

ELIZABETH D. LAPORTE
United States Magistrate Judge

22
23
24
25
26
27
28

United States District Court
Northern District of California